UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-7716 ODW(SSx) | Date | December 27, 2010 |
|---|---|---|---|
| Title | Mitchell Amador et al v. The County of Riverside et al | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Raymond Neal | Not reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not present | Not present |

**Proceedings (In Chambers):**    Order Granting Stipulation [23] to Continue Jury Trial, Related Dates

The Court hereby GRANTS the above-referenced stipulation, with modifications, as follows:

| Event | Old Date | New Date |
|---|---|---|
| Settlement Conference Cut-Off | 11/29/10 | **03/28/11** |
| Lodge and File Pretrial Documents as Set Forth In the Courth's Scheduling & Case Management Order [16] | 12/27/10 | **04/04/11** |
| Last Date to File Motions In Limine, Proposed Voir Dire Questions, and an Agreed-to Statement of the Case | 01/03/11 | **04/11/11** |
| Pretrial Conference at **(New Time at 2:30 p.m.)** | 01/03/11 | **04/11/11** |
| Hearing on Motions In Limine **(New Time at 2:30 p.m.)** | 01/19/11 | **04/25/11** |
| File Final Pretrial Exhibit Stipulation | 01/21/11 | **04/28/11** |
| Jury Trial **at 9:00 a.m.** | 01/25/11 | **05/03/11** |

IT IS SO ORDERED.

|  | : | 00 |
|---|---|---|
| Initials of Preparer | RGN | |